IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

M. PECK[1],

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURUTY ADMINISTRATION,

        Defendant.

Civ. No. 1:19-cv-00089-AA

**ORDER**

AIKEN, District Judge.

    Plaintiff moves to dismiss this case with prejudice and without award of costs or fees. ECF No. 17. The Commissioner does not oppose Plaintiff's motion. Accordingly, the Motions is GRANTED and final judgment shall be entered.

    It is so ORDERED and DATED this _18_ day of February 2020.

                                                /s/ Ann Aiken
                                              ANN AIKEN
                                              United States District Judge

---

[1] In the interest of privacy, this opinion uses only first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this opinion uses the same designation for a non-governmental party's immediate family member.